APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Mark D. Majkowski**
(Please print)

STREET ADDRESS: **232 E. Walton #9w**

CITY/STATE/ZIP: **Chicago IL 60611**

PHONE NUMBER: **312 7870062**

CASE NUMBER: **08CV4842**
**JUDGE COAR**
**MAGISTRATE JUDGE MASON**

_____          AUG 25, 2008
Signature                                Date

FILED

AUG 2 5 2008   TC
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT