*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____   Assigned/Issued By: _____

Judge Name: _____   Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
_____
_____
*(Victim, Against and $ Amount)*

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____   ☐ Other
(Type of Writ)   _____
_____
*(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
(Date)

_____

_____