

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
Aug 27. 2008
AUG 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

------------------------------------x

Mark D. Majkowski,

    Plaintiff,

-v-

American International Group, Inc.

    Defendant

------------------------------------x

08cv 4842

Case No: 08CV 4842
Judge Coar
Magistrate Judge Mason

### PLAINTIFF'S MOTION FOR *EX PARTE* TEMPORARY AND PRELIMINARY RELIEF

Plaintiff, Mark D. Majkowski, who is *pro se*, requests the following relief based upon Plaintiff's attached **MEMORANDUM OF LAW IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY AND PRELIMINARY RELIEF**

#### REQUESTED RELIEF

Majkowski moves this Honorable Court for an entry of an Order:

    a) Temporarily and preliminarily enjoining, prohibiting and restraining American International Group, Inc. ("AIG") and all under its control from denying

Majkowski Advancement of Defense Costs under any or all of the Policies Prior to Final Disposition of his Claim;

b) Temporarily and preliminarily enjoining, prohibiting and restraining American International Group, Inc. and all under its control from acting in any capacity inconsistent with the determination that Majkowski is an Insured under any or all of the Policies;

c) Temporarily and preliminarily enjoining, prohibiting and restraining American International Group, Inc. and all under its control from denying that we are prior to Final Disposition of his Claim;

d) Compelling American International Group, Inc. and to direct those under its control to Advance to Majkowski Defense Costs prior to Final Disposition of his Claim;

e) Compelling Majkowski to repay such Advancements if it is determined that he is not entitled to payment of such loss at the final disposition of his claim pursuant to the terms of the Policy(ies);

Respectfully submitted,

*[signature]*

Mark D. Majkowski
232 E. Walton #9 West
Chicago, Illinois 60611
312 787 0062
mark@mdmcp.com



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
Aug 27 2008
AUG 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

------------------------------------x

Mark D. Majkowski,

      Plaintiff,

-v-

      Case No: 08CV 4842
      Judge Coar
      Magistrate Judge Mason

American International Group, Inc.

      Defendant

------------------------------------x

## ORDER GRANTING PLAINTIFF'S MOTION FOR *EX PARTE* TEMPORARY AND PRELIMINARY RELIEF

Having considered Plaintiffs Motion for Ex Parte Temporary and Preliminary Relief, it is ordered that

American International Group, Inc. and all under its control shall be

   a) Temporarily and preliminarily enjoined, prohibited and restrained from denying Majkowski Advancement of Defense Costs under any or all of the Policies Prior to Final Disposition of his Claim;

b) Temporarily and preliminarily enjoined, prohibited and restrained from acting in any capacity inconsistent with the determination that Majkowski is an Insured under any or all of the Policies;

c) Temporarily and preliminarily enjoined, prohibited and restrained from denying that Majkowski's Claim has still to reach Final Disposition;

d) Compelled to Advance to Majkowski Defense Costs prior to Final Disposition of his Claim with an immediate advancement of not less than $200,000 and to advance all reasonable bills in a timely fashion as submitted by Majkowski or his counsel net of any retention;

Majkowski shall repay such Advanced Payments to American International Group, Inc. in the event and to the extent that he shall not be entitled under this policy(ies) to payment of such Loss after the final determination of his claim.

IT IS SO ORDERED that the obligations of this order will be in immediate effect and remain in effect until _____.

SIGNED this_____ day of August 2008.

                                                                              Judge Coar
                                                                              Magistrate Judge Mason