IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mark D. Majkowski
PLAINTIFF

VS.

American International Group, Inc
DEFENDANT

CASE NO. 08CV4842

FILED
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Judge Coar

On September 3, at 9 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar in Courtroom 1419 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs Motion for Ex Parte temporary and preliminary relief

Name: Mark D. Majkowski
Address: 232 E. Walton 9W
City / Zip: Chgo IL 60611
Telephone: 312 787 1080 / 0062

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the ____ day of _____,
I served a copy of this notice to each person whom it is directed by way of _____

SIGNATURE / CERTIFICATION                                    DATE