

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
       EASTERN DIVISION
```

**FILED**
Aug 27, 2008
AUG 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

------------------------------------x

Mark D. Majkowski,

        Plaintiff,

-v-

Case No: 08CV 4842
Judge Coar
Magistrate Judge Mason

American International Group, Inc.

        Defendant

------------------------------------x

### AFFIDAVIT OF MARK D. MAJKOWSKI

I am an insured under Policies

| | | |
|---|---|---|
| a. | National Union | 860-80-55 |
| b. | National Union | 874-11-85 |
| c. | National Union | 569-77-00 |
| d. | National Union | 348-72-82 |
| e. | Illinois National | 715-71-62 |
| f. | Illinois National | RunOff |

I have incurred Defense Costs of approximately $400,000 or more under the terms of the Policies.

No Defense Costs have been advanced by the Company (International Radiology Group, LLC/American Imaging Management, Inc. et. al).

Affidavit of Mark D. Majkowski                                       Page 1 of 2

The attached exhibit labeled Register of Actions Case ("Register of Actions") DC-05-03478 is the online record of the Texas Action as reported on the website: http/courts.dallascounty.org/casedetail.aspx?CaseID=1810634 as of August 26, 2008

My claim is prior to final disposition.

Such advance payments by the Insurer shall be repaid to the Insurer by the Insureds (Mark D. Majkowski), severally according to their respective interests, in the event and to the extent that the Insureds (Mark Majkowski) shall not be entitled under the terms and conditions of this policy to payment of such Loss.

*[signature]* 8/27/08
Mark D. Majkowski

Subscribed and sworn to me:


This _____ day of August, 2008

Logout Search Menu New District Civil Search Back                    Location : All District Civil Courts   Help

# REGISTER OF ACTIONS
### CASE NO. DC-05-03478

AMERICAN IMAGING MANAGEME vs. MAJKOWSKI MARK D  §
§
§
§
§
§

Case Type: **OTHER (CIVIL)**
Date Filed: **04/11/2005**
Location: **298th District Court**

---

## PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| DEFENDANT | HAYS, LINDSLEY | BIVANS, BETH W<br>*Retained* |
| DEFENDANT | MAJKOWSKI, MARK D | SNYDER, WILLIAM SAND<br>*Retained* |
| MEDIATOR | RHEA, BILL | |
| PLAINTIFF | AMERICAN IMAGING MANAGEME | RYAN, DENNIS NEIL<br>*Retained* |
| PLAINTIFF | DASH BUSINESS GROUP I | |
| PLAINTIFF | HARRINGTON, DAVID S | |
| PLAINTIFF | HUNT CAPITAL PARTNERS | |
| PLAINTIFF | INTERNATIONAL RADIOLO | |
| PLAINTIFF | PUIG, WINSTON A | |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**
02/27/2006  ORDER - ADMINISTRATIVELY CLOSE CASE (BANKRUPTCY) (Judicial Officer: CANALES, ADOLPH)
  Vol./Book 283M, Page 417, 1 pages

**OTHER EVENTS AND HEARINGS**
04/11/2005  ORIGINAL PETITION (OCA)
04/11/2005  -
  Vol./Book 0000000
04/11/2005  -
  Vol./Book 0000000
04/11/2005  -
  Vol./Book 0000000
04/11/2005  -
  Vol./Book 0000000
04/11/2005  -
  Vol./Book 0000000
04/11/2005  -
  Vol./Book 0000000
04/11/2005  -

| Date | Entry |
|---|---|
| 04/11/2005 | - Vol./Book 0000000 |
| 04/11/2005 | - Vol./Book 0000000 |
| 04/11/2005 | - Vol./Book 0000000 |
| 04/11/2005 | - Vol./Book 0000000 |
| 04/11/2005 | - Vol./Book 0000000 |
| 04/28/2005 | - Vol./Book 0000000 |
| 04/28/2005 | - Vol./Book 0000000 |
| 04/29/2005 | - Vol./Book 0000000 |
| 05/04/2005 | - Vol./Book 356F332 |
| 05/06/2005 | - Vol./Book 0000000 |
| 05/06/2005 | - Vol./Book 0000000 |
| 05/18/2005 | - Vol./Book 357F114 |
| 06/13/2005 | - Vol./Book 0000000 |
| 06/13/2005 | - Vol./Book J22/007 |
| 06/13/2005 | - Vol./Book 0000000 |
| 06/13/2005 | - Vol./Book 0000000 |
| 06/14/2005 | - Vol./Book 0000000 |
| 06/14/2005 | - Vol./Book 0000000 |
| 06/14/2005 | - Vol./Book 0000000 |
| 06/23/2005 | - Vol./Book 358F409 |
| 06/23/2005 | - Vol./Book 0000000 |
| 07/05/2005 | - Vol./Book 0000000 |
| 07/25/2005 | - Vol./Book 0000000 |
| 08/08/2005 | - Vol./Book 0000000 |
| 08/25/2005 | - Vol./Book 0000000 |
| 09/07/2005 | - Vol./Book 0000000 |
| 09/07/2005 | - Vol./Book 0000000 |
| 09/15/2005 | - Vol./Book 0000000 |
| 09/19/2005 | - Vol./Book 0000000 |
| 10/04/2005 | COUNTER CLAIM |
| 10/04/2005 | AMENDED ANSWER - AMENDED GENERAL DENIAL |
| 10/06/2005 | Motion - Stay Discovery (9:15 AM) (Judicial Officer FROST, ROBERT) |
| 10/10/2005 | MOTION - MISCELLANOUS |
| 10/10/2005 | MOTION - MISCELLANOUS |
| 10/10/2005 | ORDER - RECUSAL  Vol./Book 363F, Page 220, 1 pages |
| 10/20/2005 | ORDER - MISC.  Vol./Book 364F, Page 440, 3 pages |
| 11/03/2005 | MOTION - PROTECT |
| 11/17/2005 | MOTION - COMPEL |
| 11/23/2005 | RESPONSE |
| 11/23/2005 | BRIEF FILED |
| 11/23/2005 | RESPONSE |
| 11/28/2005 | Motion - Compel (9:30 AM) (Judicial Officer SNELSON, TERESA GUERRA) |

| | |
|---|---|
| 11/29/2005 | JURY DEMAND (OCA) |
| | Vol./Book J22, Page 267, 1 pages |
| 11/30/2005 | MISCELLANOUS EVENT |
| 12/01/2005 | MOTION - WITHDRAW ATTORNEY |
| 12/02/2005 | ORDER - ASSOCIATE JUDGE'S DECISION |
| | Vol./Book 281M, Page 64, 1 pages |
| 12/06/2005 | MISCELLANOUS EVENT |
| 12/08/2005 | MISCELLANOUS EVENT |
| 12/08/2005 | MISCELLANOUS EVENT |
| 12/16/2005 | MISCELLANOUS EVENT |
| 12/19/2005 | Motion - Stay Discovery  (11:00 AM) (Judicial Officer SNELSON, TERESA GUERRA) |
| 12/19/2005 | ORDER - ASSOCIATE JUDGE'S DECISION |
| | Vol./Book 281M, Page 344, 1 pages |
| 12/19/2005 | RESPONSE |
| 12/20/2005 | MISCELLANOUS EVENT |
| 12/22/2005 | MISCELLANOUS EVENT |
| 01/20/2006 | CANCELED   Appeal of Associate Judge Ruling  (3:30 PM) (Judicial Officer CANALES, ADOLPH) |
| | CASE CLOSED |
| 02/09/2006 | ORDER - MISC. |
| | Vol./Book 283M, Page 208, 1 pages |
| 03/06/2006 | CANCELED   Jury Trial - Civil  (9:00 AM) (Judicial Officer FROST, ROBERT) |
| | CASE CLOSED |
| 03/07/2006 | THIRD PARTY ACTION |
| 09/05/2006 | CANCELED   Non Jury Trial  (9:30 AM) (Judicial Officer CANALES, ADOLPH) |
| | CASE CLOSED |
| 07/25/2008 | NOTICE OF NONSUIT |
| 08/07/2008 | MOTION - REINSTATE |
| 08/14/2008 | MOTION - REINSTATE |

FINANCIAL INFORMATION

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| | Assessment | | | 15.00 |
| 04/11/2005 | PAYMENT (CASE FEES) | Receipt # 0027177-3050347800-00000 | AMERICAN IMAGING MANAGEME | (187.00) |
| 06/13/2005 | Transaction Assessment | | | 20.00 |
| 06/13/2005 | Transaction Assessment | | | 30.00 |
| 06/13/2005 | Transaction Assessment | | | 30.00 |
| 06/14/2005 | Transaction Assessment | | | 8.00 |
| 06/14/2005 | PAYMENT (CASE FEES) | Receipt # 0036388-3050347800-00025 | MAJKOWSKI, MARK D | (30.00) |
| 06/14/2005 | PAYMENT (CASE FEES) | Receipt # 0036389-3050347800-00026 | MAJKOWSKI, MARK D | (50.00) |
| 06/14/2005 | PAYMENT (CASE FEES) | Receipt # 0036422-3050347800-00027 | AMERICAN IMAGING MANAGEME | (8.00) |
| 11/29/2005 | Transaction Assessment | | | 30.00 |
| 11/29/2005 | PAYMENT (CASE FEES) | Receipt # 12743-2005-DCLK | SAYLES WERBNER | (30.00) |

PLAINTIFF AMERICAN IMAGING MANAGEME
Total Financial Assessment         15.00
Total Payments and Credits         15.00
**Balance Due as of 08/26/2008**    0.00

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 08/07/2008 | Transaction Assessment | | | 15.00 |
| 08/07/2008 | PAYMENT (CASE FEES) | Receipt # 48040-2008-DCLK | TRACY D EDWARDS | (15.00) |