**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Mark D. Majkowski
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−04842
                                                      Honorable David H. Coar

American International Group, Inc.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, September 3, 2008:


MINUTE entry before the Honorable David H. Coar: Motion hearing held on 9/3/2008 regarding motion for miscellaneous relief [6]. MOTION by plaintiff Mark D. Majkowski for ex parte temporary and preliminary reliefMotion [6] is set for a Motion Hearing on 9/17/2008 at 09:00 AM. At that time the issue of jurisdiction will be discussed further. Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.